

LYNCH, GILARDI & GRUMMER
A Professional Corporation

ATTORNEYS AT LAW

SINCE 1978

May 26, 2006

**VIA ELECTRONIC FILING & U.S. MAIL**

Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue, Courtroom 3
San Francisco, CA 94102

   Re:  *Rascon, Gilberto Z. v. CheckCare Enterprises d/b/a Checkcare Systems*
      USDC COURT CASE NO. C06-00256 PJH
   Client: CheckCare Enterprises d/b/a Checkcare Systems

Dear Judge Hamilton:

  This will confirm the phone conversation this morning with your court clerk Nichole Heuerman, plaintiff's counsel Ronald Wilcox and myself, wherein all parties agreed that the CMC currently set for June 1, 2006 be continued to August 17, 2006 at 2:30 p.m.

  The parties will meet and confer, and submit a Joint Case Management Conference Statement prior to the August 17, 2006 Case Management Conference.

  Thank you for your assistance in this matter.

          Very truly yours,

          Robert T. Lynch

RTL/gdp

cc: Ronald Wilcox, Esq.
   Lance Raphael, The Consumer Advocacy Center
   Gregory S. Berman, Esq.

F:\PF908\L\COURT\COURT.004.doc

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

475 SANSOME STREET, SUITE 1800  SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 397-2800 FACSIMILE (415) 397-0937
EMAIL lgg@lgglaw.com
WEBSITE www.lgglaw.com

RICHARD S. GILARDI (RETIRED)