IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO Z. RASCON, | No. C 06-0256 PJH (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DISCOVERY DISPUTE LETTERS** |
| CHECKCARE ENTERPRISES, | |
| Defendant(s). | |

Although it appears that the parties in this matter have a discovery dispute, the letters filed on June 14, 2006 do not comply with the undersigned's discovery standing order. Accordingly, the Court shall not consider the June 14 letters and the parties shall file a jointly-signed letter in compliance with the standing order.

**IT IS SO ORDERED.**

Dated: June 19, 2006

MARIA-ELENA JAMES
United States Magistrate Judge