UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO RASCON,

    Plaintiff(s),

    v.

CHECKCARE ENTERPRISES, et al.,

    Defendant(s).

No. C 06-0256 PJH

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

    This matter is scheduled for case management conference at 2:30 p.m. today. This court's order for preparation of case management statements as well as Local Rule 16-9 require that the parties prepare and file a **joint** statement. Yet counsel for each side in this dispute asserts that he could not get in touch with opposing counsel even though he tried. This is unacceptable. Counsel are ORDERED to meet and confer and to file no later than August 25, 2006 a joint case management statement. The case management conference is accordingly continued to August 31, 2006, at 2:30 p.m. No continuances will be permitted.

    **IT IS SO ORDERED.**

Dated: August 17, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge