```
 1  Mark E. Ellis - 127159
    June D. Coleman - 191890
 2  MURPHY, PEARSON, BRADLEY & FEENEY
    701 University Avenue, Suite 150
 3  Sacramento, CA  95825
    Telephone:    (916) 565-0300
 4  Facsimile:    (916) 565-1636

 5  Attorneys for Defendant
    GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY AREA
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERTO Z. RASCON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKCARE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, AND GOODSTONE ENTERPRISES, LLC,<br><br>Defendants. | Case No.: 06-00256 PJH (WDB)<br><br>**SUBSTITUTION OF ATTORNEY**<br>AND ORDER |

Defendant CHECKCARE ENTERPRISES, hereby substitutes attorneys Mark E. Ellis and June D. Coleman, of MURPHY, PEARSON, BRADLEY & FEENEY, 701 University Avenue, Suite 150, Sacramento, CA 95825; telephone (916) 565-0300, facsimile (916) 565-1636, as attorney of record in place of John Dooling, of LYNCH, GILARDI & GRUMMER; attorneys of record in *Pro Hac Vice*, Gregory Beman and Rania Marie Basha, of WYATT, TARRANT & COMBS LLP

Dated: September 12, 2006

*/s/ Chris McCarty*
Chris McCarty
For CHECKCARE ENTERPRISES

- 1 -

SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Dated: September 11th, 2006 | WYATT TARRANT & COMBS, LLP |
| 2 | | |
| 3 | | By _____ |
| | | Gregory Berman (Pro Hac Vice) |
| 4 | | For CHECKCARE ENTERPRISES |
| 5 | Dated: September 11, 2006 | WYATT TARRANT & COMBS, LLP |
| 6 | | |
| 7 | | By *Rania M. Basha* |
| | | Rania Marie Basha (Pro Hac Vice) |
| 8 | | For CHECKCARE ENTERPRISES |
| 9 | Dated: September 12, 2006 | |
| 10 | | MURPHY, PEARSON, BRADLEY & FEENEY |
| 11 | | |
| 12 | | By _____ |
| | | June D. Coleman |
| 13 | | Attorneys for Defendant |
| 14 | | GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY AREA |
| 15 | | |
| 16 | Dated: September ___, 2006 | |
| 17 | | LYNCH, GILARDI & GRUMMER |
| 18 | | |
| 19 | | By _____ |
| 20 | | Randell Campbell |
| | | Attorneys for Defendant |
| 21 | | CHECKCARE ENTERPRISES |

JDC.10338236.doc

- 2 -

SUBSTITUTION OF ATTORNEY

1  Dated: September __, 2006                WYATT TARRANT & COMBS, LLP

3                                           By _____
                                            Gregory Berman (Pro Hac Vice)
4                                           For CHECKCARE ENTERPRISES

5  Dated: September __, 2006                WYATT TARRANT & COMBS, LLP

7                                           By _____
                                            Rania Marie Basha (Pro Hac Vice)
8                                           For CHECKCARE ENTERPRISES

10 Dated: September 7, 2006
                                            MURPHY, PEARSON, BRADLEY & FEENEY

12                                          By _____
13                                          June D. Coleman
                                            Attorneys for Defendant
14                                          GOODSTONE ENTERPRISES, LLC DBA
                                            CHECKCARE SYSTEMS, BAY AREA

16 Dated: September 12, 2006

17                                          LYNCH, GILARDI & GRUMMER

19                                          By _____
20                                          John G. Dooling
                                            Attorneys for Defendant
21                                          CHECKCARE ENTERPRISES

24 JDC.10338236.doc

25         9/13/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

- 2 -
SUBSTITUTION OF ATTORNEY