1  Gregory A. Bastian - 089024
   William A. Munoz - 191649
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:      (916) 565-0300
4  Facsimile:      (916) 565-1636

5  Attorneys for Defendants
   GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY AREA; AND
6  CHECKCARE ENTERPRISES

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12

13  GILBERTO Z. RASCON, on behalf of himself and      Case No.: 06-00256 PJH (WDB)
    all others similarly situated,

14         Plaintiff,                                  **SUBSTITUTION OF ATTORNEY**
                                                        AND ORDER
15  v.

16  CHECKCARE ENTERPRISES, LLC DBA
    CHECKCARE SYSTEMS, AND GOODSTONE
17  ENTERPRISES, LLC,

18         Defendants.

19

20

21

22

23

24

25

26

27

28

- 1 -

SUBSTITUTION OF ATTORNEY

1   Defendant GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY

2   AREA hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA

3   VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone

4   (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead

5   and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite

6   150, Sacramento, CA 95825; Telephone: (916) 565-0300; Facsimile: (916) 565-1636.

7     I consent to this substitution.

8   Dated: 10-6-06

9
        GOODSTONE ENTERPRISES, LLC DBA

10           CHECKCARE SYSTEMS, BAY AREA
        Defendant

11

12     I consent to this substitution.

13   Dated: 7/29/06

14
        ELLIS, COLEMAN, POIRIER, LA VOIE &

15           STEINHEIMER

16

17           MARK E. ELLIS
        New Attorney for Defendant

18           GOODSTONE ENTERPRISES, LLC DBA
        CHECKCARE SYSTEMS, BAY AREA

19

20     I consent to this substitution.

21   Dated: 9/29/06

22           MURPHY, PEARSON, BRADLEY & FEENEY

23

24   10/23/06      WILLIAM A. MUNOZ

25           Former Attorneys for Defendant
        GOODSTONE ENTERPRISES, LLC DBA

26           CHECKCARE SYSTEMS, BAY AREA

27   FDW.10340448.doc

28

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ronald Wilcox
The Law Office of Ronald Wilcox
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126-1122

Attorney For Plaintiff
GILBERTO Z. RASCON

Lance Raphael
Consumer Advocacy Center
180 West Washington, Suite 700
Chicago, IL 60602

Attorney For Plaintiff
GILBERTO Z. RASCON

Stacy Bardo
The Advocacy Center, P.C
180 West Washington, Suite 700
Chicago, IL 60602

Attorney For Plaintiff
GILBERTO Z. RASCON

Mark E. Ellis
Ellis, Coleman, Poirier, La Voie & Steinheimer
555 University Avenue, Suite 200 East
Sacramento, CA 95825

Attorneys For Defendants
GOODSTONE ENTERPRISES, LLC DBA
CHECKCARE SYSTEMS, BAY AREA; AND
CHECKCARE ENTERPRISES

DATED this 12th day of October.

By _____
Stephanie Thurtle

SUBSTITUTION OF ATTORNEY