Gregory A. Bastian - 089024
William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendants
GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY AREA; AND CHECKCARE ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERTO Z. RASCON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKCARE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, AND GOODSTONE ENTERPRISES, LLC,<br><br>Defendants. | Case No.: 06-00256 PJH (WDB)<br><br>**SUBSTITUTION OF ATTORNEY**<br>AND ORDER |

1  Defendant CHECKCARE ENTERPRISES hereby substitutes Mark E. Ellis of the Law Offices
2  of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200
3  East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of
4  record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY &
5  FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-
6  0300; Facsimile: (916) 565-1636.

I consent to this substitution.

Dated: 10-6-06

CHECKCARE ENTERPRISES
Defendant

I consent to this substitution.

Dated: 9/29/06

ELLIS, COLEMAN, POIRIER, LA VOIE &
STEINHEIMER

MARK E. ELLIS
New Attorney for Defendant
CHECKCARE ENTERPRISES

I consent to this substitution.

Dated: 9/29/06

MURPHY, PEARSON, BRADLEY & FEENEY

WILLIAM A. MUNOZ
Former Attorneys for Defendant
CHECKCARE ENTERPRISES

10/23/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FDW.103404-8.doc

- 2 -

SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ronald Wilcox<br>The Law Office of Ronald Wilcox<br>2160 The Alameda<br>First Floor, Suite F<br>San Jose, CA 95126-1122 | Attorney For Plaintiff<br>GILBERTO Z. RASCON |
| Lance Raphael<br>Consumer Advocacy Center<br>180 West Washington, Suite 700<br>Chicago, IL 60602 | Attorney For Plaintiff<br>GILBERTO Z. RASCON |
| Stacy Bardo<br>The Advocacy Center, P.C<br>180 West Washington, Suite 700<br>Chicago, IL 60602 | Attorney For Plaintiff<br>GILBERTO Z. RASCON |
| Mark E. Ellis<br>Ellis, Coleman, Poirier, La Voie & Steinheimer<br>555 University Avenue, Suite 200 East<br>Sacramento, CA 95825 | Attorneys For Defendants<br>GOODSTONE ENTERPRISES, LLC DBA CHECKCARE SYSTEMS, BAY AREA; AND CHECKCARE ENTERPRISES |

DATED this 12th day of October.

By _____
Stephanie Thurtle