Ronald Wilcox, CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Lance Raphael
Stacy Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: 312-782-5808
Fax: 312-377-9930

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERTO Z. RASCON, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CheckCare Enterprises, LLC d/b/a Checkcare Systems, )<br>and Goodstone Enterprises, LLC, )<br>)<br>Defendants. ) | **STIPULATION TO DISMISS AND [P~~ROPOSED~~] ORDER**<br><br>Case No.  06-00256 PJH<br><br><br><br>**JURY TRIAL DEMANDED** |

      The Plaintiff and the Defendant Checkcare Enterprises, LLC, have reached a settlement, Defendant has produced all requested information to the Plaintiff and as such the parties agree to dismiss Checkcare Enterprises, LLC, with prejudice without costs or fees to either party.  The remaining Defendant Goodstone Enterprises is in the process of signing

STIPULATION TO DISMISS AND [PROPOSED] ORFDER     1

settlement papers and producing funds in accordance with a settlement, so the parties requests that the February 2007 Case Management Conference be taken off calendar and the Defendant GoodStone Enterprises be dismissed without prejudice with leave to reinstate the case as to that Defendant should they fail to execute the settlement document or comply with the terms of the settlement within the next 30 days.

    Should there be no motion to reinstate this matter within 30-days the dismissal of Goodstone Enterprises, Inc. shall be converted to a Dismissal with prejudice.

Date: 1/11/07

/s/Ronald Wilcox
Ronald Wilcox, for Plaintiff

Date: 1/16/07

/s/June Coleman
June Coleman, for Defendants

STIPULATION TO DISMISS AND [PROPOSED] ORFDER   2

1

2 [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation Checkcare Enterprises, LLC is hereby dismissed with

3 prejudice.

4 Goodstone Enterprises, LLC, is dismissed without prejudice with leave to reinstate the case

5 as to that Defendant should they fail to execute the settlement document or comply with the

6 terms of the settlement within the next 30 days.  Should there be no motion to reinstate this

7 matter within 30-days the dismissal of Goodstone Enterprises, LLC. shall be converted to a

8 Dismissal with prejudice.

9 The February 2007 Case Management Conference is vacated.
Defendant Checkcare's motion for dismissal as enforcement of settlement agreement
10 currently noticed for hearing on February 7, 2007 is DISMISSED AS MOOT.

11 **IT IS SO ORDERED.**

12

13 Date: 1/24/07

14 _____

15 HON. P. ~~HENDERSON~~  HAMILTON
U.S. DISTRICT JUDGE



16

17

18

19

20

21

22

23

24

25

STIPULATION TO DISMISS AND [PROPOSED] ORFDER    3